MARK GOLDROSEN, CSBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

Attorneys for Defendant
AARON STRUBE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-15-00281 JST |
| Plaintiff, | ) | |
| vs. | ) | ~~[PROPOSED]~~ **ORDER** |
| AARON STRUBE, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

ORDERED that the date of the status conference is continued from August 28, 2015, at 9:00

a.m., to October 9, 2015, at 9:00 a.m.

THE COURT FURTHER FINDS that the ends of justice served by excluding the period

between August 28, 2015 and October 9, 2015 from Speedy Trial Act calculations outweighs the

interests of the public and the defendant in a speedy trial by allowing for the defense to prepare

effectively, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: August 26, 2015

_____
HON. JON S. TIGAR
United States District Judge